UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 29, 2025 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:25-cr-00079
     8 U.S.C. § 1326(a)

JESUS EDUARDO VILLEDA-VILLEGAS

## I N D I C T M E N T

The Grand Jury Charges:

1. On or about March 11, 2015, defendant JESUS EDUARDO VILLEDA-VILLEGAS, an alien, was found at or near Hildalgo, Texas, and was subsequently removed from the United States to Mexico on or about March 12, 2015.

2. On or about April 23, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JESUS EDUARDO VILLEDA-VILLEGAS, an alien, was found in the United States and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney